# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DUANE MILLEGE**, et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**DUPONT DE NEMOURS, INC.**,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 23-cv-908-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action, in its entirety, without prejudice. The Parties are discussing settlement. Depending on the results of those negotiations, the Parties will either seek approval of that settlement in a court of competent jurisdiction or continue the litigation.

Dated: January 26, 2024                                                  Respectfully submitted,

**FARNAN LLP**                                                                 **POTTER ANDERSON & CORROON LLP**

/s/ Michael J. Farnan                                                        /s/ Lauren E.M. Russell
Brian E. Farnan (Bar. No. 4089)                                 Kathleen Furey McDonough (#2395)
Michael J. Farnan (Bar No. 5165)                             Lauren E.M. Russell (#5366)
919 North Market Street, 12th Floor                        Elizabeth R. Schlecker (#6913)
Wilmington, DE 19801                                              1313 North Market Stret
Telephone: (302) 777-0300                                        Hercules Plaza, 6th Floor
Facsimile: (302) 777-0301                                          Wilmington, DE 19801
bfarnan@farnanlaw.com                                          Telephone: (302) 984-6000
mfarnan@farnanlaw.com                                        kmcdonough@potterandersonc.om
                                                                                      lrussell@potteranderson.com
Of Counsel:                                                                   eschlecker@potteranderson.com

Hans A. Nilges (OH Bar 0076017)                            *Attorneys for Defendant DuPont de Nemours,*
NILGES DRAHER LLC                                             *Inc.*
7034 Braucher Street NW, Suite B
North Canton, OH 44720

Telephone: (330) 470-4428
Facsimile: (330) 754-1430
hnilges@ohlaborlaw.com

Matthew Coffman
COFFMAN LEGAL, LLC
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
mcoffman@mcoffmanlegal.com

*Attorneys for Representative Plaintiffs and those similarly situated.*

IT IS SO ORDERED, this __29__ day of January, 2024.

                                           /s/ Richard G. Andrews
                                       UNITED STATES DISTRICT JUDGE